# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DELTA MACCHINE S.R.L. : | |
| : | |
| Plaintiff, : | Case No. 3:24-cv-00058-MJN-PBS |
| : | |
| -vs- : | |
| : | Judge Michael J. Newman |
| GOSIGER HIGH VOLUME, INC. : | Magistrate Judge Peter B. Silvain, Jr. |
| : | |
| Defendant. : | |
| : | |

## ORDER GRANTING MOTION TO MODIFY CASE SCHEDULE

For good cause shown, Plaintiff's Motion to Modify Case Schedule (Doc. #22) is hereby **GRANTED.** As such, the following Amended Case Schedule is hereby entered:

| Scheduled Event | Deadline |
|---|---|
| Primary Expert Designations | November 21, 2025 |
| Rebuttal Expert Designations | January 15, 2026 |
| Discovery Cut-Off | February 27, 2026 |
| Dispositive Motions (i.e., summary judgment motions) | May 15, 2026 |

**IT IS SO ORDERED.**

July 24, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge